

# MANDATE

# Court of Appeals

# First District of Texas

NO. 01-15-00133-CR

DEZMOND MARTIN GARCIA, Appellant

V.

THE STATE OF TEXAS, Appellee

Appeal from the 337th District Court of Harris County. (Tr. Ct. No. 1288553).

**TO THE 337TH DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before this Court, on the 8th day of October 2015, the case upon appeal to revise or to reverse your judgment was determined. This Court made its order in these words:

This case is an appeal from the final judgment signed by the trial court on January 7, 2015. After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that the trial court's judgment contains no reversible error. Accordingly, the Court **affirms** the trial court's judgment.

The Court **orders** that this decision be certified below for observance.

Judgment rendered October 8, 2015.

Panel consists of Justices Jennings, Higley, and Brown. Opinion delivered by Justice Brown.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things to have it duly recognized, obeyed, and executed.

December 22, 2015

Date

CHRISTOPHER A. PRINE
CLERK OF THE COURT

